

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

THOMAS DURHAM,

Defendant.

Case: 2:25-cr-20867
Judge: White, Robert J.
MJ: Patti, Anthony P.
Filed: 11-20-2025 At 01:23 PM
INDI USA V THOMAS DURHAM (LG)

_____/

# **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

From in or about January 2024, to in or about March 2024, in the Eastern District of Michigan, Southern Division, the defendant, THOMAS DURHAM, knowingly employed, used, persuaded, induced, and enticed a minor, MV-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
18 U.S.C. § 2252A(a)(2)(A)
*Receipt of Child Pornography*

On or about March 12, 2024, in the Eastern District of Michigan, Southern Division, the defendant, THOMAS DURHAM, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE
18 U.S.C. § 2252A(a)(5)(B) & (b)(2)
*Possession of Child Pornography*

On or about July 28, 2025, in the Eastern District of Michigan, Southern Division, the defendant, THOMAS DURHAM, knowingly possessed material that contained child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and the child pornography was produced using materials that

had been mailed, shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense charged and set forth above, THOMAS DURHAM, shall forfeit to the United States:

   a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described

3

above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: November 20, 2025

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case:2:25-cr-20867 Judge: White, Robert J. MJ: Patti, Anthony P. Filed: 11-20-2025 At 01:23 PM INDI USA V THOMAS DURHAM (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this fo

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/N.H* |

Case Title: USA v. Thomas Durham

**County where offense occurred: Macomb & Elsewhere**

**Offense Type:** Felony

Indictment -- prior complaint **Case No. 25-MJ-30491**

**Superseding Case Information**

Superseding to Case No: _____ Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

11/20/2025
Date

Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nhan.Ho@usdoj.gov
(313) 226-9632
Bar #: P82793

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.