

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 THOMAS DURHAM,
D-2 DREW BOEHME,

Defendants.

_____/

Criminal No. 25-20867

Hon. Robert J. White

Violations:
18 U.S.C. §§ 2251(a) and (e)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(a)(5)(B)

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**GENERAL ALLEGATIONS**

1.      At all times relevant to this Superseding Indictment, D-1 THOMAS DURHAM was a resident of the Eastern District of Michigan.

2.      At all times relevant to this Superseding Indictment, D-2 DREW BOEHME was a resident of the Eastern District of Michigan.

3.      At all times relevant to this Superseding Indictment, Minor Victim One (MV-1), a female under the age of 18, was a resident of the Eastern District of Michigan.

**COUNT ONE**
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

D-1 THOMAS DURHAM

Between on or about January 1, 2024, through and including on or about March 31, 2024, in the Eastern District of Michigan, Southern Division, the defendant, D-1 THOMAS DURHAM, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-1, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

2

## COUNT TWO
18 U.S.C. § 2252A(a)(2)(A)
*Receipt of Child Pornography*

D-1 THOMAS DURHAM

On or about March 12, 2024, in the Eastern District of Michigan, Southern Division, the defendant, D-1 THOMAS DURHAM, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE
18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children – Conspiracy*

D-1 THOMAS DURHAM
D-2 DREW BOEHME

Between on or about September 1, 2024, through and including on or about May 31, 2025, in the Eastern District of Michigan, Southern Division, the defendants, D-1 THOMAS DURHAM and D-2 DREW BOEHME, knowingly conspired and agreed with each other to employ, use, persuade, induce, entice, and coerce a minor, specifically, MV-1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using a

3

means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)
#### *Receipt of Child Pornography – Conspiracy*

D-1 THOMAS DURHAM
D-2 DREW BOEHME

Between on or about September 1, 2025, through and including May 31, 2025, in the Eastern District of Michigan, Southern Division, the defendants, D-1 THOMAS DURHAM and D-2 DREW BOEHME, knowingly conspired and agreed with each other to receive any child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE
18 U.S.C. § 2252A(a)(5)(B) & (b)(2)
*Possession of Child Pornography*

D-1 THOMAS DURHAM

Between on or about January 1, 2024, through and including on or about July 28, 2025, in the Eastern District of Michigan, Southern Division, the defendant, D-1 THOMAS DURHAM, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1.      The allegations of this Superseding Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.      If convicted of an offense charged and set forth above, D-1 THOMAS DURHAM and D-2 DREW BOEHME, shall forfeit to the United States:

   a. any visual depiction described in sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the

court; has been substantially diminished in value; or has been commingled with

other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/ Matthew A. Roth*
MATTHEW A. ROTH
Chief, Trafficking & Exploitation of
Children Unit
Assistant United States Attorney

*s/ Nhan Ho*
NHAN HO
DIANE N. PRINC
Assistant United States Attorneys

Dated: July 15, 2026

7

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: N.H |

**Case Title:** USA v. Thomas Durham et al

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony        ☐ Misdemeanor        ☐ Petty

_____ Indictment/_____Information --- **no** prior complaint.
_____ Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
__✓__ Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-20867          **Judge:** Robert J. White

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2026
Date

Nhan Ho P82793
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9632
Nhan.Ho@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.